August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**DENBURY RESOURCES, INC. AND DENBURY ONSHORE, LLC,**
Appellants

NO. 14-15-00041-CV                                V.

GEMINI INSURANCE COMPANY, Appellee
_____

     Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 5, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

     We further order that all costs incurred by reason of this appeal be paid by appellants, Denbury Resources, Inc. and Denbury Onshore, LLC.

     We further order that mandate be issued immediately.

     We further order this decision certified below for observance.